**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 116 MM 2018
:
Respondent :
:
:
:
v. :
:
:
:
MARK A. PEREZ, :
:
Petitioner :

## ORDER

**PER CURIAM**

**AND NOW**, this 11th day of October, 2018, the Application for Leave to File Original Process is GRANTED, and the Application for Extraordinary Relief is DENIED.

Justice Wecht did not participate in the consideration or decision of this matter.